BRETT L. TOLMAN, United States Attorney (#8821)
KARIN M. FOJTIK, Assistant United States Attorney (#7527)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

FILED
DISTRICT COURT

2006 AUG -9  P 1: 17

DISTRICT OF UTAH

BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | **INDICTMENT** |
| | : | |
| vs. | : | |
| | : | |
| JAMES ROWELL, | : | VIO: 18 U.S.C. § 2422(b), |
| | : | Coercion and Enticement For Illegal |
| | : | Sexual Activity |
| Defendant. | : | |

```
Judge Tena Campbell
DECK TYPE: Criminal
DATE STAMP: 08/09/2006 @ 11:44:46
CASE NUMBER:  1:06CR00067  TC
```

The Grand Jury charges:

### COUNT I
### (18 U.S.C. § 2422(b))

Between February and end of July 2006, in the Northern Division of the District of

Utah,

### JAMES ROWELL

the defendant herein, did knowingly and intentionally, by means of a facility of interstate

commerce, persuade, induce, entice, and coerce an individual who had not attained the

1

age of 18 years, to engage in sexual activity for which a person can be charged with a

criminal offense, and attempted to so persuade, induce, entice, and coerce; all in violation

of Title 18, United States Code, Section 2422(b).

A TRUE BILL:

_____

FOREPERSON OF THE GRAND JURY

BRETT L. TOLMAN
United States Attorney

_____

KARIN M. FOJTIK
Assistant United States Attorney

2